**Warren A. DONALDSON,
Plaintiff-Respondent,**

v.

**John K. CANTRELL,
Defendant-Appellant.**

**No. WD 34640.**

Missouri Court of Appeals,
Western District.

May 9, 1984.

Joseph Y. DeCuyper, Donnie R. Davis, Snowden & DeCuyper, Kansas City, for defendant-appellant.

William J. Hill, Kansas City, for plaintiff-respondent.

Before TURNAGE, C.J., KENNEDY, J., and SWOFFORD, Senior Judge.

### ORDER

PER CURIAM:

Appeal from judgment entered on a jury verdict in favor of attorney who brought suit for his fee.

Judgment affirmed. Rule 84.16(b).